UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEE HARRINGTON and LAUREN ARNDT, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>VINEYARD VINES, LLC,<br><br>    Defendant. | C25-1115 TSZ<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) In light of plaintiffs' filing of the First Amended Class Action Complaint ("FAC"), docket no. 23, defendant's motion to dismiss, docket no. 19, the original complaint, docket no. 1-2, is STRICKEN without prejudice. Notwithstanding Federal Rule of Civil Procedure 15(a)(3), any responsive pleading or motion concerning the FAC shall be filed within twenty-one (21) days of the date of this Minute Order.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 9th day of September, 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　　　s/Laurie Cuaresma
　　　　　　　　　　　　　　　　　　　Deputy Clerk

MINUTE ORDER - 1