THE HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANGEE HARRINGTON and LAUREN ARNDT, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>VINEYARD VINES, LLC, a Connecticut limited liability company,<br><br>Defendant. | Case No. 2:25-cv-01115-TSZ<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A REPLY IN SUPPORT OF VINEYARD VINES'S MOTION TO DISMISS**<br><br>NOTE ON MOTION CALENDAR:<br>October 23, 2025 |

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiff Angee Harrington and Defendant Vineyard Vines, LLC (together "the Parties"), by and through their undersigned counsel, hereby STIPULATE AND AGREE to extend the deadline for Defendant to file a Reply in support of Defendant's Motion to Dismiss (Dkt. 26) by ten business days, from October 28, 2025, to November 12, 2025, and to change the noting date of the motion from October 28, 2025 to November 12, 2025.

These stipulated deadlines will not prejudice any party, as the Parties have each agreed to the extensions, and the extensions are being sought in good faith to accommodate travel and other scheduling conflicts of counsel, and not for delay or any other improper purpose.

STIPULATION AND [PROPOSED] ORDER EXTENDING THE DEADLINE TO FILE A REPLY ISO DEF'S MOTION TO DISMISS - 1
(Case No. 2:25-cv-01115-TSZ)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

This Stipulation and Order shall not operate as an admission of any factual allegation or legal conclusion, nor shall it operate as a waiver, nor affect any right, defense, claim or objection.

STIPULATED AND AGREED TO this 23rd day of October, 2025.

| **TOUSLEY BRAIN STEPHENS PLLC** | **MORGAN, LEWIS & BOCKIUS LLP** |
|---|---|
| By: *s/ Jason T. Dennett*<br>Jason T. Dennett, WSBA #30686<br>Kaleigh N. Boyd, WSBA #52684<br>1200 Fifth Avenue, Suite 1700<br>Seattle, WA 98101<br>Tel: 206-682-5600<br>Email: jdennett@tousley.com<br>         kboyd@tousley.com | By: *s/ Damon C. Elder*<br>Damon C. Elder, WSBA #46754<br>Andrew DeCarlow, WSBA #54471<br>1301 Second Avenue, Suite 3000<br>Seattle, WA 98101<br>Phone: (206) 274-6400<br>Email: damon.elder@morganlewis.com<br>         andrew.decarlow@morganlewis.com |
| Edwin J. Kilpela, Jr. (*pro hac vice*)<br>James Lamarca (*pro hac vice*)<br>**WADE KILPELA SLADE LLP**<br>6425 Living Place, Suite 200<br>Pittsburgh, PA 15206<br>Tel: 412-314-0515<br>Email: ek@waykayslay.com<br>         jlamarca@waykayslay.com | Ari M. Selman (*pro hac vice*)<br>101 Park Avenue<br>New York, NY 10178-0060<br>Phone: (206) 309-6000<br>Email: ari.selman@morganlewis.com<br><br>*Counsel for Defendant Vineyard Vines, LLC* |

Evan E. North (*pro hac vice*)
**NORTH LAW PLLC**
1900 Market Street, Suite 800
Philadelphia, PA 19103
Tel: 202-921-1651
Email: evan@northlawpllc.com

E. Michelle Drake (*pro hac vice forthcoming*)
**BERGER MONTAGUE PC**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: 612-594-5999
Email: emdrake@bergermontague.com

Mark B. DeSanto (*pro hac vice pending*)
**BERGER MONTAGUE PC**
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: 215-875-3046
Email: mdesanto@bergermontague.com

STIPULATION AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO FILE A
REPLY ISO DEF'S MOTION TO DISMISS - 2
(Case No. 2:25-cv-01115-TSZ)

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400    FAX +1.206.274.6401

1  Colleen Fewer (*pro hac vice pending*)
   **BERGER MONTAGUE PC**
2  505 Montgomery Street, Suite 625
   San Francisco, CA 94111
3  Tel: 415-376-2097
   Email: cfewer@bergermontague.com
4
5  *Attorneys for Plaintiffs and the Proposed Class*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO FILE A
REPLY ISO DEF'S MOTION TO DISMISS - 3
(Case No. 2:25-cv-01115-TSZ)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

# [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: _____, 2025.

_____
THE HONORABLE THOMAS S. ZILLY
UNITED STATES DISTRICT JUDGE

*Presented by:*

**MORGAN, LEWIS & BOCKIUS LLP**

By: *s/ Damon C. Elder*
Damon C. Elder, WSBA #46754
Andrew DeCarlow, WSBA #54471
1301 Second Avenue, Suite 3000
Seattle, WA 98101
Phone: (206) 274-6400
Email: damon.elder@morganlewis.com
andrew.decarlow@morganlewis.com

Ari M. Selman (*pro hac vice*)
101 Park Avenue
New York, NY 10178-0060
Phone: (206) 309-6000
Email: ari.selman@morganlewis.com

*Counsel for Defendant Vineyard Vines, LLC*

**TOUSLEY BRAIN STEPHENS PLLC**

By: *s/ Jason T. Dennett*
Jason T. Dennett, WSBA #30686
Kaleigh N. Boyd, WSBA #52684
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101
Tel: 206-682-5600
Email: jdennett@tousley.com
kboyd@tousley.com

STIPULATION AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO FILE A
REPLY ISO DEF'S MOTION TO DISMISS - 4
(Case No. 2:25-cv-01115-TSZ)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400   FAX +1.206.274.6401

1 | Edwin J. Kilpela, Jr. (*pro hac vice*)
2 | James Lamarca (*pro hac vice*)
  | **WADE KILPELA SLADE LLP**
3 | 6425 Living Place, Suite 200
  | Pittsburgh, PA 15206
4 | Tel: 412-314-0515
  | Email: ek@waykayslay.com
5 |         jlamarca@waykayslay.com

6 | Evan E. North (*pro hac vice*)
7 | **NORTH LAW PLLC**
  | 1900 Market Street, Suite 800
8 | Philadelphia, PA 19103
  | Tel: 202-921-1651
9 | Email: evan@northlawpllc.com

10 |
   | E. Michelle Drake (*pro hac vice forthcoming*)
11 | **BERGER MONTAGUE PC**
   | 1229 Tyler Street NE, Suite 205
12 | Minneapolis, MN 55413
   | Tel: 612-594-5999
13 | Email: emdrake@bergermontague.com

14 |
   | Mark B. DeSanto (*pro hac vice pending*)
15 | **BERGER MONTAGUE PC**
   | 1818 Market Street, Suite 3600
16 | Philadelphia, PA 19103
   | Tel: 215-875-3046
17 | Email: mdesanto@bergermontague.com

18 |
   | Colleen Fewer (*pro hac vice pending*)
19 | **BERGER MONTAGUE PC**
   | 505 Montgomery Street, Suite 625
20 | San Francisco, CA 94111
   | Tel: 415-376-2097
21 | Email: cfewer@bergermontague.com

22 | *Attorneys for Plaintiffs and the Proposed Class*

23

24

25

26

STIPULATION AND [PROPOSED] ORDER
EXTENDING THE DEADLINE TO FILE A
REPLY ISO DEF'S MOTION TO DISMISS - 5
(Case No. 2:25-cv-01115-TSZ)

**MORGAN, LEWIS & BOCKIUS LLP**
ATTORNEYS AT LAW
1301 SECOND AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101
TEL +1.206.274.6400  FAX +1.206.274.6401